# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4205
Lower Tribunal No. 22-CA-001004

_____

WYCLIFFE O'DONOGHUE,

Appellant,

v.

NAVY FEDERAL CREDIT UNION,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Joseph C. Fuller, Judge.

June 27, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and WOZNIAK and GANNAM, JJ., concur.

Wycliffe O'Donoghue, Lehigh Acres, pro se.

Charles P. Gufford, of McCalla Raymer Liebert Pierce, LLC, Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED